**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In re Outi Salminen, Relator

Appellate case number:      01-14-01021-CV

Trial court case number:     2014-38918

Trial court:                  308th Judicial District Court of Harris County

On January 15, 2015, relator, Outi Salminen, filed a motion for temporary relief seeking an emergency stay of the respondent trial court's November 17, 2014 order, which transfers custody of her minor daughter to the real party in interest, until this Court resolves her petition for a writ of mandamus, filed on December 29, 2014. On January 19, 2015, the real party in interest, Milo Vassallo, filed a response in opposition to the relator's motion for an emergency stay. On December 31, 2014, this Court requested a response, within thirty days of that order, by the real party in interest to relator's mandamus petition.

Accordingly, we **ORDER** that the trial court's November 17, 2014 order transferring custody of the minor child in the above-referenced trial court cause is **stayed**. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the mandamus petition in this Court is finally decided or the Court otherwise orders the stay lifted. *See id.* Any party may file a motion for reconsideration of the stay. *See id.* at 52.10(c).

It is so ORDERED.

Judge's signature: /s/ <u>Evelyn V. Keyes</u>
                            ☒ Acting individually    ☐ Acting for the Court

Date: January 22, 2015